

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6796
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**STEVEN ENGEL**

Steven.Engel@Dechert.com
+1 212 698 3512 Direct
+1 212 698 3599 Fax

November 27, 2024

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Oral Argument Availability Update for the PBA in *In Re: New York City Policing During Summer 2020 Demonstrations*, Case No. 24-695

Dear Ms. Wolfe:

We represent Appellant the Police Benevolent Association of the City of New York, Inc. ("PBA") in the above-captioned matter. I write to supplement my oral argument availability for this case. In addition to the dates of unavailability listed in the PBA's Oral Argument Statement, I am also unavailable on January 8, 10, 13, and 14, due to recently scheduled hearings in other matters.

In addition, I am also participating in the appeal of *fuboTV, Inc. v. Walt Disney Co.*, No. 24-2210, which the Court has proposed to schedule for the week of January 6. I would respectfully request that the Court not schedule oral argument for those two appeals on the same calendar.

Sincerely,

Steven A. Engel

cc: All Counsel of Record (via ECF)